■ In the Matter of Janet Levy-Napoli, Appellant, v City of New York et al., Respondents. [43 NYS3d 744]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered June 30, 2015, which, in this proceeding brought pursuant to CPLR article 75, denied the petition to vacate a hearing officer's award to the extent that it terminated petitioner's employment as a tenured public school teacher, unanimously affirmed, without costs.

Although petitioner had eight years of "satisfactory" annual performance reviews, the imposition of the penalty of termination does not shock the court's sense of fairness, given respondent Department of Education's assistance and provision of numerous opportunities for petitioner to improve her skills, and petitioner's inability or unwillingness over a three year period to adjust her teaching methods to comply with her supervisors' appropriate directives (*Matter of Webb v City of New York*, 140 AD3d 411, 411 [1st Dept 2016]). Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.